ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Globe Trailer Manufacturing, Inc. | ) ASBCA No. 60979 |
| | ) |
| Under Contract No. W56HZV-11-D-0204 | ) |

APPEARANCES FOR THE APPELLANT:     Lauren R. Brier, Esq.
                                   Ryan J. Boonstra, Esq.
                                    PilieroMazza PLLC
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                    DCMA Chief Trial Attorney
                                   Matthew D. Bordelon, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Chantilly, VA

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The Board issued an Opinion in this appeal on December 30, 2025. The opinion issued a judgment in favor of appellant in the amount of $124,311.67, plus CDA interest, but noted that the judgment amount should be reduced by $10,000, if the government had already paid to appellant the $10,000 awarded in a contracting officer's final decision. By motion dated May 14, 2026, the parties stated that the $10,000 awarded by the contracting officer had already been paid, and requested that the Board enter judgment in the amount of $114,311.67, plus CDA interest.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $114,311.67. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from October 7, 2016 until date of payment.

Dated: May 28, 2026

DAVID D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                              I concur


_____              _____
J. REID PROUTY                                    MICHAEL N. O'CONNELL
Administrative Judge                            Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                             of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60979, Appeal of Globe Trailer Manufacturing, Inc., rendered in conformance with the Board's Charter.

     Dated:  May 29, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals